JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAMIREZ, | Case No.:CV08-2813-DSF(JCx) |
| Plaintiff, | **JUDGMENT ON JURY VERDICT** |
| v. | |
| DEPUTY RASHFORD, DEPUTY MARQUEZ, SERGEANT BOTTOMLEY, DEPUTY DANG, DEPUTY OCHOA, DEPUTY PICARELLA, AND DEPUTY SERNA, | |
| Defendants. | |

This action came on regularly for jury trial commencing on May 17, 2011, in Department 840 of the United States District Court, Central District of California, the Honorable Dale S. Fischer, United States District Judge, Presiding. The jury having found in favor of Defendants Deputy Rashford, Deputy Marquez, Sergeant Bottomley, Deputy Dang, Deputy Ochoa, Deputy Picarella, and Deputy Serna, as reflected in the

verdict, and the Court having previously granted judgment in favor of defendants as to the remaining claims,

It is **ORDERED, ADJUDGED, AND DECREED** that Plaintiff David Ramirez have and recover nothing by reason of each and all of the claims set forth in his Amended Complaint and that Defendants Deputy Rashford, Deputy Marquez, Sergeant Bottomley, Deputy Dang, Deputy Ochoa, Deputy Picarella, and Deputy Serna shall recover costs in accordance with 28 U.S.C. § 1920 and Local Rule 54.

DATED: 5/24/11

**DALE S. FISCHER
UNITED STATES DISTRICT JUDGE**